For Clerk's Office Use

| Judge | Recd Date | Grv. |
|-------|-----------|------|
| O     |           |      |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Sidney Patrick Martin

**PRISONER NO.:** 1416216

**PLACE OF CONFINEMENT:** Red Onion State Prison

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 8 2019

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Sidney P. Martin    pro se
Enter Full Name    **Plaintiff**

**vs.**

Randall Mathena, et al,

— See Next Page —
Enter Full Name(s)    **Defendant(s)**

**CIVIL ACTION NO.** 7:19CV218

A.  Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes    ____✓____ No

B.  If your answer to A is Yes, describe the action in the space below.

  1.  Parties to the Action:  _____

  _____

  _____

  2.  Court:  _____

  3.  Docket No.:  _____

  4.  Judge:  _____

  5.  Disposition:  _____

  (For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C.  Have you filed any grievances regarding the facts of your complaint?

Yes  __✓__    No  _____

  1.  If your answer is Yes, complete the enclosed verified statement, indicating the result.  Please attach evidence of your exhaustion of all available grievance procedures.

  _____

  2.  If your answer is No, indicate the reason for failure to exhaust on the verified statement.  You may be required to exhaust your claims through any applicable grievance procedures.  Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

WESTERN DISTRICT OF VIRGINIA

Sidney P. Martin PRO SE,
 Plaintiff

  Vs.        CASE No. _____

Randall Mathena, Jeffrey Kiser, J. Artrip, Major Tate, Major Gallahar,
 Defendants    DR. William Lee, Meredith Cary,
Captain McCown, Lt. Gilbert, Lt. Fannon, Lt. Boyd, Lt. Bentley, Sgt.
Eldridge, Sgt. Turner, Sgt. Testerman, Larry Collins, Dennis Collins,
Unit Manager Duncan, Unit Manager B. Swinney, Treatment officers
MR. Hess, MR. Gardner, MR. Sexton, Grievance coor. J.B. Messer,
counselor MS. Kagely, MR Gilliam, Psychiatrist DR. McDuffie,
Jennifer Bledsoe, Beverly Witt, Donnie L. Trent II, MR. Huff
in mental health Dept., MS. Buchannon, Curtis Parr, MS. Wood
And MS. Gilbert. Everyone is being Sued in there official
And Individual capacities in this Action.

<u>Defendants</u>

1). Randall Mathena (Head of Challenge Program)

2). Jeffrey Kiser (Warden)

3). ~~Jartrip~~ J. Artrip (Asst. Warden)

4) Major Mr. Tate    (Head of Security)

5). Major Mr. Gallahar (Head over Programs)

6) Captain Mr. McCown   (Watch Commander)

7) Lt. Mr. Gilbert

8) Lt. Mr. Fannon (Investigator)

9). Lt. Mr. R. Boyd

10). Lt. Mr. Bentley    (Investigator)

11). Sgt. Mr. D. Turner

12) Sgt. Mr. Eldrige

13) Sgt. Mr. Testerman

14) Larry Collins   —  (Unit Manager)

15) Dennis Collins   —  (Unit Manager)

16) Ms. Duncan  —  (Unit Manager)

17) Mr. B. Swinney — (Unit Manager)

18) Mr. Gardner  — (Treatment Officer)

19) Mr. Hess  — (Treatment Officer)

20) Mr. Sexton — (Treatment Officer)

21) J.B. Messer — (Grievance Coord.)

22) Ms. B. Kagely — (Counselor)

23) Mr. Gilliam  — (Counselor)

24) Dr. McDuffie  — (Psychiatrist)

25) Jennifer Bledsoe — (Medical Supervisor)

26) Beverly Witt  — (Medical Supervisor)

27) Donnie L. Trent II — (Psychologist)

28) Mr. Huff  — (Head of Mental Health)

29) Ms. Buchannon — (Psychologist)

30) Curtis Parr — (Regional Grievance Coord.)

31) Ms. Wood  — (Nurse)

32) Ms. Gilbert  — (Nurse)

33) Dr. William Lee (Regional mental health Doctor)

All DEFENDANTS ARE BEING SUED IN THERE INDIVIDUAL AND OFFICIAL Capacities

D.    Statement of Claim - State here briefly the facts of your case.  Describe what
action(s) each defendant took in violation of your constitutional rights.  Include also
the names of other persons involved, dates and places.  Do not give any legal
arguments or cite any cases or statutes.  If you intend to allege a number of different
claims, number and set forth each claim in a separate paragraph.  Use as much
space as needed.  You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

(Claims on seperate Sheets)

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

E.    State what relief you seek from the Court.  Make no legal arguments, cite no cases
or statutes.    Injunctive, Compensatory, Nominal, Punitive damages.
See Attached Paper for Belief.

SIGNED THIS _24th_ DAY OF _FEBRUARY_, 20 _19_.

_Sidney P. Martin_

(Signature of Each Plaintiff)

**VERIFICATION:**

I, _Sidney P. Martin_, state that I am the plaintiff in this action
and I know the content of the above complaint; that it is true of my own knowledge, except
as to those matters that are stated to be based on information and belief, and as to those
matters, I believe them to be true.  I further state that I believe the factual assertions are
sufficient to support a claim of violation of constitutional rights.  Further, I verify that I am
aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil
action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought
an action or appeal in federal court that are dismissed on the grounds that it was frivolous,
malicious or failed to state a claim upon which relief may be granted, unless the prisoner
is in imminent danger of serious physical injury.  I understand that if this complaint is
dismissed on any of the above grounds, I may be prohibited from filing any future actions
without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: _2-24-19_    SIGNED: _Sidney P. Martin_

Plaintiff states he is being housed At Red Onion State Prison, A Super MAX. He is being held in long term segregation After being diagnosed with Bipolar disorder And Depression, A serious mental Illness. Plaintiff takes medication for his bipolar, Depression, And mood swings. This is the only type of mental health services Plaintiff has Recieved. He has tried numerous times to get in A group or a class or just talk to someone. Plaintiff has probably talked to mental health 45 minutes since he got to long term segregation in April of 2018. And when he does talk to mental health it is at his cell door where other inmates can listen. Plaintiff has a Right to confidentiality.

Defendants constantly disregard there policy And procedure by leaving Plaintiff confined in A cell in long term Segregation where he battles with his mental Health in very poor And Harsh conditions. These are the conditions:

1). Inmates throwing bodily waste And urine at each other.
2). Inmates constantly flooding.
3). Beating, banging, kicking cell doors And yelling depriving Plaintiff of sleep And peace of mind.
4). Officers doing cell extractions they spray chemical agents (Gas) in cells And it circulates thru the ventilation system And makes it hard to breath for the plaintiff. He suffers due to other peoples Actions.
5). Light stays on all day.
6) can't see out the windows
7) Foul ODORS (like fiecies And urine)
8) Officers harrassing me
9) Bug infestation

10) Limited Access to Phone, Recreation, And emails.

11) Only 3 showers per week.

12) When Plaintiff does go to Recreation he has to stand in bird fieces that covers the entire cage.

13) Very small Recreation cage.

14) No Pull up or dip bar for Excercise.

15) Have to strip naked And spread my cheeks, drop squat And cough, lift my feet, Nuts, Penis, and arms And Run A finger thru my mouth. Plaintiff has to do this Anytime he leaves his cell.

16) Have to be shackled And hand cuffed Anytime Plaintiff leaves the cell.

17) No cleaning supplies other than some watered down chemicals.

18) The Proportions on our Breakfast, lunch and dinner trays Are less than they are suppose to be.

19) Punishing Plaintiff by not letting him have his TV And electronics that he purchased off the Prisons commissary.

20) Will Not let Plaintiff order commissary other than Non Consumable items.

21) Plaintiff has lost 34 pounds And continues to lose weight being in long term segregation due to no commissary And very small proportions on the trays.

22) A very thin Mattress that makes Plaintiff's body ache.

23) Dingy clothes And a Really bad laundry.

24) No type of Religous services in long term-segregation.

25) No Vocational classes or groups to better ourselves such As thinking for a change, or anger management.

26) Very little human interaction.

27) Lots of Racism.

Defendants are well aware of Plaintiff's mental illness and there own operating procedures. Defendants Refuse to follow operating procedure 861.3 (See: Exhibit "A") It clearly states that the Plaintiff should not be held in segregation more than 28 days with a serious mental illness. Should be Referred to places listed in OP 861.3. But Defendants constantly disregaurd the states Policy and Procedure. Defendants have actual knowledge of there policys and procedures and by me exhausting my Administrative Remedies it brought it to there attention but they continue to make me suffer. This clearly constitutes deliberate Indifference.

While being confined to solitude, Plaintiff has had episodes of cutting on hisself, being left with nothing but some boxers in a cold cell with no bedding or Anything. Plaintiff has been Refused meals. He has been on 5 point Restraints Numerous times, sometimes for 40 hours or more. The Plaintiff has been housed in a filthy cell that prison officials and defendants use to punish Plaintiff and others in C-301. It has no Adequate lighting or no air circulating in the vents, Plaintiff was housed in that cell for a week, Starting on August 18, 2018. Plaintiff has 4 years Remaining on his sentence. Plaintiff has never been violent in Virgiaia Department of corrections and never hurt Anyone. He has never even had a fighting charge. Plaintiff has been beat up numerous times by this badge toting goon squad that uses there power and Authority to torture Plaintiff when he suffers from a serious mental illness. Defendants write bogus institutional charges and lie to prevent plaintiff of moving out of long term Segregation. Plaintiff has contemplated on suicide

3

A number of times, but does NOT at this very moment. Plaintiff feels as if his mental health is getting worse due to the harsh effects on him from this long amount of time in Solitary confinement. Plaintiff sits in a cell all day long with No human interaction other than an officer doing Routine Rounds. Plaintiff is in long term segregation for possession of a weapon. Almost everyone who gets a weapons charge goes to segregation for 30 days and goes Right back to general Population. Plaintiff Never used the weapon or had any intentions of using the weapon. Plaintiff battles everyday in segregation with his mind. He has hardly No contact with his family and loved ones due to very little Access to the Phone in long term Segregation. Plaintiff is very far away from home. Defendants Are suppose to be trying to help the Plaintiff Not letting him Rot in some cell. Defendants Are Responsible for Putting me in Re-entry program and get me as close to my home plan as possible.

## CLAIM #2

Plaintiff claims his Due Process Rights have been violated by Defendants Refusing to give me an ICA hearing and place me in the proper housing Assignment as operating Procedure 861.3 calls for.

Plaintiff has a Right to a hearing and to Recieve mental health treatment. He does not deserve to Sit in Solitary confinement for long periods of time bottling mental health issues when he has Never hurt anyone in his life. Plaintiff has a liberty interest in being treated as a human and Afforded Proper mental health treatment. But instead Defendants Continue to deprive him of that.

4

1) Plaintiff is currently housed At Red Onion State Prison in there long term segregation Unit.

2) Plaintiff has been diagnosed with A Bipolar disorder by Dr. McDuffie, which is A serious mental illness And listed As A serious mental illness in 861.3 (See: Exhibit "A")

3) Plaintiff has been in long term Solitary Confinement since 2018 of April.

4) On April 24, 2018 Plaintiff sent A Request form to the Red-Onion Mental health department, to speak to Mr. Trent A Psychologist, About something going on in his life.
(See: Exhibit "B")

5) Plaintiff filed An informal complaint on being housed in long term Segregation when he has Never hurt anyone, had No Violent Record, No fighting Charge, And that it is unconstitutional And Violates Plaintiff human Rights who only has 4 years left to Serve, (See: Exhibit "C")

6) Plaintiff Recieved Grievance Reciept for Exhibit "C".
(See: Exhibit "D")

7) on July 6, 2018 Plaintiff felt Suicidal And cut his left Arm with A Razor while on Suicide Watch. Razor supplied by Prison staff member. Plaintiff claims he was Suffering from depression And bipolar. He was given An institutional Charge And put in 5 point Restraint when that is Suppose to be the last Resort. Defendants skipped Right over 4 point Restraint.
(See: Exhibit "E")

8) On August 15, 2018 felt Suicidal And cut his Arm And felt As if he wanted to Kill hisself. He was charged And put in 5 point Restraint, Again skipped over the first Step, 4 point Restraints. They prefer Defendants Prefer 5 point Restraints so they can torture Plaintiff with the chest Strap. Defendants Boyd, Eldridge, tackett, and trent were

involved.

9) On August 20, 2018 Plaintiff sent A Request Form to Mental health MR. Trent And DR. McDuffie Requesting to get back on his medication and that he was very depressed being in A cell with No light or ventilation system that worked.
(See: Exhibit "G")

10) On August 31, 2018 Plaintiff filed A sick call Request to medical After coming off mental health 5 point Restraints About having No feeling on the top side of his thumbs and wrist And cuts on his ankle from Restraints cutting into his ankle. (See: Exhibit "H")

11) On 9-12-2018 Plaintiff filed An informal complaint About being confined in long term segregation with A Bipolar disorder And depression which is A Serious Mental illness. (See: Exhibit "I")

12) Plaintiff Recieved Grievance Reciept on 9-13-2018
(See: Exhibit "J")

13) On 9-13-2018 Plaintiff continued to exhaust the Grievance Procedure by filing A Grievance which is the second step After An informal complaint. (See Exhibit "K")

14) On 9-17-2018 Plaintiff Recieved A Response back from the Grievance stating insuffient info. This info (Doc 114 form) is in VA coris And the Grievance coordinator has Access to it. Plaintiff isn't Able to get on VA coris.
(See: Exhibit "K" backside)

15) On 9-17-2018 Plaintiff sent the Grievance to the Regional Grievance coordinator for the final stage of the grievance Process (See: Exhibit "K", backside at bottom)

2

16) On 9-24-2018 Regional Grievance Coordinator Recieved Plaintiff's Grievance (See: Exhibit "K" Backside)

17) On 9-27-2018 Plaintiff Received Regional Grievance Coordinators decision. He upheld the decision. (See: Exhibit "K")

18) On 10-18-2018 Plaintiff sent Request to get medication increased cause he was still having very bad depression and mood swings from bipolar. (See: Exhibit "L")

19) On 11-26-18 Plaintiff filed An informal complaint cause Nursing staff kept giving him the wrong dosage of medication. Sometimes to much or sometimes not enough. (See: Exhibit "M")

20) On February 2019 Plaintiff felt as if he tried everything in his power to bring his issue to the Prison And VA DOC's Attention. They are violating my eighth Amendment Rights. Cruel and unusual Punishment And deliberate indifference.

21) Plaintiff still Remains confined in long term segregation And battles depression And bipolar. He continues to experance the negative and harmful effects that long term solitary confinement brings And suffers from Psychological And emotional damage.

22) Plaintiff brings forth this civil Action by way of 1983 to stop the cruel and unusual Punishment and deliberate indifference. He seeks Relief as set forth in the Suit.

3

## Damages And Relief sought

Plaintiff seeks the following Damages and Relief:

Injunctive Relief - To be placed in the Secured Allied Management Unit (SAM) At Greensville Correctional Center, which is Also close to my Re-entry site, Staying At Red Onion State Prison, the Plaintiff will Recieve No sort of help and Retaliated against by defendants

- Order Defendants to follow there Operating Procedures involving mental health offenders in Special housing including plaintiff.

Compensatory Damages: $60,000 for pain and suffering.

Nominal Damages: $1.00

Punitive Damages: $20,000 And $200 A day for everyday in long term segregation Past the 28 days.